

1  JAMES E. WHITMIRE, ESQ.
   Nevada Bar No. 6533
2  SANTORO, DRIGGS, WALCH,
   KEARNEY, HOLLEY & THOMPSON
3  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
4  Telephone: 702-791-0308

5  David L. Charles, Esq.
   CROWLEY FLECK PLLP
6  490 N. 31st St., Suite 500
   P.O. Box 2529
7  Billings, MT 59103-2529
   Telephone: 406-252-3441
8  *Admitted Pro Hac Vice*

9
   *Attorneys for Defendants EFCO Corp.*
10 *and Construction Products, Inc.*

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

        NOV 2 3 2011

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT C. ACEVES, | |
| Plaintiff, | Case No.: 2:10-cv-00421-ECR-PAL |
| v. | Consolidated with: |
| EFCO CORP., an Iowa Corporation; CONSTRUCTION PRODUCTS, INC., an Iowa Corporation; and DOE DEFENDANTS 1-10, inclusive, | Case No.: 2:10-cv-02053-JCM-RJJ |
| Defendants. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Plaintiff, | |
| v. | |
| EFCO CORP., an Iowa Corporation; CONSTRUCTION PRODUCTS, INC., an Iowa Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
AS TO CLAIMS OF AMERICAN HOME ASSURANCE COMPANY**

08628-01/817585_2.doc

1  IT IS HEREBY STIPULATED AND AGREED by and between counsel for ROBERT C. ACEVES ("Plaintiff") and counsel for EFCO CORP. and CONSTRUCTION PRODUCTS, INC. ("Defendants") that the claims of Plaintiff in the above-entitled shall be dismissed with prejudice, each party to bear their own fees and costs.

A trial date has not been set in this matter.

| Dated this 8th day of November, 2011 | Dated this 8th day of November, 2011 |
|---|---|
| HENNESS & HAIGHT | SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON |
| /s/ John Funk<br>MARK G. HENNESS, ESQ.<br>Nevada Bar No. 5842<br>JOHN FUNK, ESQ.<br>Nevada Bar No. 9255<br>8972 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br><br>*Attorneys for Plaintiff Robert C. Aceves* | /s/ James E. Whitmire<br>JAMES E. WHITMIRE, ESQ.<br>Nevada Bar No. 6533<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants EFCO Corp. and Construction Products, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

Edward C. Reed

DISTRICT COURT JUDGE

Dated: November 23, 2011.

08628-01/817585